**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) CALEB WALKER,<br><br>Plaintiff,<br><br>vs.<br><br>(1) CITY OF TULSA, a municipal corporation;<br>(2) RAY GOOLDY, individually;<br>(3) ZACHARY MORING, individually;<br>(4) JAMES KIDD, individually; and<br>(5) RYAN THOMPSON, individually,<br><br>Defendants. | ) | Case No. 26-cv-00705-SH |

**<u>NOTICE OF REMOVAL</u>**

Defendant, City of Tulsa, ("City") hereby notifies the Court and all parties as follows:

1. The City and Tulsa Police Officers Ray Gooldy, Zachary Moring, James Kidd, and Ryan Thompson are defendants in a civil action entitled *Caleb Walker v. City of Tulsa, Ray Gooldy, Zachary Moring, James Kidd, and Ryan Thompson,* Case Number CJ-2026-02691, filed on September 8, 2026 in the District Court of Tulsa County, State of Oklahoma, (hereinafter "State Court Action").

2. Defendant City was served with the Summons and Second Amended Petition on October 19, 2026.

3. Defendant Gooldy was served with the Summons and Second Amended Petition on October 28, 2026.

4. Defendant Thompson was served with the Summons and Second Amended Petition on October 23, 2026.

5. Defendant Moring has not been served with the Summons and Second Amended Petition.

6. Defendant Kidd has not been served with the Summons and Second Amended Petition.

7. Plaintiff made a written demand for a jury trial in his Second Amended Petition.

8. Defendant makes a written demand for jury trial at this time and will make such a demand in its Answer.

9. In Count 1 NEGLIGENCE against City of Tulsa, Plaintiff Caleb Walker alleges in his Second Amended Petition, pursuant to 51 OS § 153, that the Officers were employees of the City acting within the scope of their employment when they engaged Plaintiff and that they breached duties owed to him by failing to investigate or credit Plaintiff's repeated identification of himself, the corroborating statement of a resident, the absence of the suspect's distinctive tattoo, and their own recognition that Plaintiff was not the suspect; and by using unreasonable force against him.

10. In Count II, UNREASONABLE SEIZURE AND FALSE ARREST against Officers Gooldy, Moring, Kidd, and Thompson, Plaintiff Caleb Walker alleges in his Second Amended Petition, pursuant to 42 U.S.C. § 1983, that the officers violated his Fourth and Fourteenth Amendment constitutional rights by seizing, detaining, and arresting Plaintiff without probable cause and without reasonable suspicion.

11. In Count III, EXCESSIVE FORCE against Officers Gooldy, Moring, Kidd, and Thompson, Plaintiff Caleb Walker alleges in his Second Amended Petition, pursuant to 42 U.S.C. § 1983, that the officers violated his Fourth Amendment rights by using force against him that was objectively unreasonable under the totality of the circumstances.

12. In Count IV, MALICIOUS PROSECUTION against Officers Gooldy, Moring, Kidd, and Thompson, Plaintiff Caleb Walker alleges in his Second Amended Petition, pursuant to 42 U.S.C. § 1983, that the officers violated his Fourth Amendment rights by causing criminal proceedings to be instituted and continued against Plaintiff without probable cause and with malice.

13. In Count V, DEPRIVATION OF LIBERTY WITHOUT DUE PROCESS ("STIGMA-PLUS") against Officers Gooldy, Moring, Kidd, and Thompson, Plaintiff Caleb Walker alleges in his Second Amended Petition, pursuant to 42 U.S.C. § 1983, that the officers violated his Fourteenth Amendment rights by publicly stating to private citizens that Plaintiff was a "registered sex offender" after they had reason to know he was not the person they sought, without any notice or meaningful opportunity to be heard.

14. In Count VI, EQUAL PROTECTION (RACE-BASED SELECTIVE ENFORCEMENT) against Officers Gooldy, Moring, Kidd, and Thompson, Plaintiff Caleb Walker alleges in his Second Amended Petition, pursuant to 42 U.S.C. § 1983, that the officers violated his Fourteenth Amendment rights by seizing, arresting, using force against, and causing the prosecution of him because of his race.

15. In Count VII, MUNICIPAL LIABILITY (MONELL) against the City of Tulsa, Plaintiff Caleb Walker alleges in his Second Amended Petition, pursuant to 42 U.S.C. §§ 1983 and 1988, that the City of Tulsa's ratification of the officers' conduct, and independently the deliberate indifference, and inadequate training of its officers were each and together the moving force behind, and the direct and proximate cause of, the alleged violations of Plaintiff's rights.

16. Plaintiff claims he suffered injuries and damages and seeks compensatory damages, punitive damages, attorney's fees, costs, pre-judgment interest, and post-judgment interest.

Plaintiff states he is seeking damages in an amount to be proven at trial and sufficient to punish and deter.

17. Federal subject matter jurisdiction in this action exists by reason of the federal questions described above pursuant to 28 U.S.C. §1331.

18. This Court has supplemental jurisdiction over Plaintiff's state law claims because those claims are so related to the federal claims in this actions that they form part of the same case or controversy pursuant to 28 U.S.C. §1367

19. The removal of this action is authorized by 28 U.S.C. § 1441(a), which allows the removal of any civil action brought in a state court of which the District Courts of the United States have original jurisdiction.

20. Copies of the state court docket sheet as well as copies of all process, pleadings, and orders filed in the State Court case and subsequently served upon Defendant are attached as Exhibit A.

21. All properly served defendants consent to and join in this Notice of Removal.

Respectfully Submitted,

CITY OF TULSA,
a municipal corporation

JACK C. BLAIR,
City Attorney

BY: s/Lawson Vaughn
R. Lawson Vaughn, OBA # 21557
Senior Assistant City Attorney
Rachel A. Fields, OBA # 31096
Assistant City Attorney
City Hall, One Technology Center
175 East Second Street, Suite 685
Tulsa, Oklahoma 74103
(918) 596-7717 Telephone
(918) 596-9700 Facsimile

**CERTIFICATE OF SERVICE**

I, R. Lawson Vaughn, certify that on the 10th day of November 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only sufficient):

J. Spencer Bryan
Steven J. Terrill
Bryan & Terrill Law, PLLC
2500 S. Broadway, #122
Edmond, OK 73013
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com

And

D. Mitchell Garrett, Jr.
Garrett Law Center, PLLC
320 S. Boston Ave., Ste. 825
Tulsa, OK 74103
mitchell@garrettlawcenter.com

s/Lawson Vaughn
R. Lawson Vaughn